UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 1:05:CR:170

v.

                                      HON. GORDON J. QUIST

HOMER SAENZ,

        Defendant.

_____/

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed October 3, 2005, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Homer Saenz's plea of guilty to Count One of the Indictment is accepted. Defendant Homer Saenz is adjudicated guilty and bond will be revoked at the time of reporting.

3. Defendant Homer Saenz shall report to the United States Marshal in Grand Rapids, Michigan, at **2:00 PM, Thursday, November 10, 2005**. Defendant Homer Saenz shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: October 27, 2005                                  /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                           UNITED STATES DISTRICT JUDGE